**CIVIL CAUSE FOR ORAL RULING**
BEFORE JUDGE BIANCO

DATE: 1/22/15  TIME: 11:46 p.m. (15 min)

CASE NUMBER:   CV 14-3564

TITLE:   Reynoso v. Tuosson

FTR RECORDER: 1:55-2:10   COURTROOM DEPUTY:   Michele Savona

OTHER: _____

_X_   CASE CALLED.

_X_   CONF (HELD / ADJ'D / CONT'D TO_____)

___   ARGUMENT HEARD / CONT'D TO_____.

_X_   DECISION: Made on the record.

**OTHER:** _____